# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDREA ANTONIA TAYLOR,<br><br>Defendant. | NO. CR11-264-RSL<br><br>SUMMARY REPORT OF<br>U.S. MAGISTRATE JUDGE AS<br>TO ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on October 21, 2011. The United States was represented by Assistant United States Attorney Vince Lombardi, and the defendant by Kyana Stephens.

The defendant had been charged with Using Communications Facility to Facilitate the Commission of a Felony, in violation of 21 U.S.C. § 843(b). On or about June 20, 2008, defendant was sentenced by the Honorable Lawrence J. O'Neill in the Eastern District of California to a term of 41 months in custody, to be followed by one (1) year of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participation in a substance abuse program, financial disclosure, submit to search, and not possess any paging device or cellular phone without permission from the probation officer.

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 1

In a Petition for Warrant or Summons dated September 20, 2011, U.S. Probation Officer Carol A. Chavez asserted the following violations by defendant of the conditions of her supervised release:

(1) Using hydrocodone (Vicod[i]n) and oxycodone (Percocet), on or about September 6, 2011, in violation of the mandatory condition that she refrain from any unlawful use of a controlled substance.

(2) Using oxycodone (Percocet) on or about September 8, 2011, in violation of the mandatory condition that she refrain from any [un]lawful use of a controlled substance.

The defendant was advised of her rights, acknowledged those rights, and admitted to alleged violations 1 and 2.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of her supervised release as to violations 1 and 2 and that the Court conduct a hearing limited to disposition. A disposition hearing on these violations has been set before the Honorable Robert S. Lasnik on November 3, 2011 at 9:00 a.m.

Pending a final determination by the Court, the defendant has been released, subject to all the terms of her supervised release.

DATED this 21st day of October, 2011.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

cc: District Judge: Honorable Robert S. Lasnik
AUSA: Vince Lombardi
Defendant's attorney: Kyana Stephens
Probation officer: Carol A. Chavez

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 2